TO THE U.S. FEDERAL COURT IN SHREVEPORT, LOUISIANA

21-cv-1896

**EMERGENCY & URGENT PETITION FOR INJUNCTION**

RECEIVED
JUN 30 2021
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

To the U.S. Federal Court, The Honorable Court:
My name is Ellis Ray Hicks, Jr., and I am in Emergency and Dire need of an Injunction from this Honorable Court, and shall show the following merits for relief:

I.
**THE THREAT**
On this 24th day of June 2021, I Ellis Ray Hicks, Jr., the Petitioner was contacted by Mr. Bradley Swint at the Claiborne Parish Detention Center per phone conversation. Mr. Swint is an inmate there that I have assisted in a Civil Rights complaint against the Sheriff Mr. Sam Dowies, who also controls the Detention center, ( see enclosed and attached Complaint). Within this conversation with Mr. Swint was a message from the Sheriff which consisted of:
a) a threat that if I did not get out of Louisiana that the Sheriff would put charges on me even if he had to make them up;
b) That I was instructed by the Sheriff to drop and or dismiss the Civil Rights Complaint against him forthwith;
c) That I was instructed to not contact certain individuals whom would assist me in my plight;
The Petitioner realizes that this is an inmate of course who sent the message from the Sheriff and the only way to verify the content of this threat is to perform an investigation into the matter. The facts are true and correct and I swear so under the penalty of perjury. The threats and messages received I am in fear of my freedom and life. If I am arrested it will be an illegal arrest and such detention will be under false pretenses.
I bring forth this Emergency request for an Injunction in the greater interest of my Constitutional rights and I am being retaliated against due to exercising my Constitutional Right to Redress.

**PRAYER**
Wherefore, the Humble and Sincere Petitioner Pray for Protection in the form of which this Honorable Court has the Power and Authority to Grant. I Pray for relief in the form as set forth herein and that such be done so forthwith with all due respect. The Petitioner is a Civil Rights Advocate and has seen his fair share of Retaliation in the form of over-detention ( see Hicks v. Department of Public Safety & Corrections (3:19-cv-00108) that is currently pending in the Federal Court ).

**SWORN DECLARATION**

I, Ellis Ray Hicks, Jr., do hereby swear under the penalty of perjury that each and every statement herein is true and correct on this 24th day of June 2021.

Respectfully,

*(signature)*

Ellis Ray Hicks, Jr.

Email address: hicksellis0@gmail.com

Phone # (318) 265-3067