UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ELLIS RAY HICKS, JR             CIVIL ACTION NO. 21-cv-1896

VERSUS             JUDGE ELIZABETH E. FOOTE

SAM DOWIES             MAGISTRATE JUDGE HORNSBY

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion for Emergency and Urgent Injunction (Doc. 1), Motion for Emergency and Urgent Petition for Injunction (Doc. 3), and Motion for Preliminary Injunction & Restraining Order (Doc. 8) are denied.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __1st__ day of __November__, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE