UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

ELLIS RAY HICKS JR                  CIVIL ACTION NO. 21-cv-1896

VERSUS                                     JUDGE ELIZABETH E. FOOTE

SAM DOWIES                         MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Ellis Ray Hicks, Jr. ("Plaintiff"), who is self-represented, filed this civil action in June 2021. He alleges that an inmate at the Claiborne Parish Detention Center called him and passed on a message from Sheriff Sam Dowies that included a threat that Plaintiff get out of Louisiana or be arrested, that Plaintiff drop or dismiss a civil rights complaint, and that Plaintiff not contact certain individuals to assist him.

Plaintiff filed in June 2022 a document titled **Omnibus Petition for: Motion to Contest for Disposition by Defendant's Counselor(s); Motion Seeking Summary Judgment; and Class Action Status (Doc. 69)**. The filing argues that the sheriff's attorneys have attempted to thwart Plaintiff from receiving discovery, that class action status is warranted because the issues affect a number of citizens in Claiborne Parish, and that summary judgment is appropriate. The motion is **denied**.

The court has previously specifically addressed Plaintiff's complaints about the discovery process, and relief has been afforded Plaintiff in some respects. See, e.g., Doc. 75. There is no basis for granting class action status, which the court discussed in more detail in an order issued in September 2022. Doc. 96. The filing also asks for summary

judgment, but it merely quotes Rule 56 and asks for judgment in favor of Plaintiff. That is insufficient to warrant any relief.

      THUS DONE AND SIGNED in Shreveport, Louisiana, this 30th day of November, 2022.

Mark L. Hornsby<br>
U.S. Magistrate Judge