# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| ELLIS RAY HICKS, JR. | CIVIL ACTION NO. 21-1896 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SAM DOWIES | MAGISTRATE JUDGE HORNSBY |

## <u>JUDGMENT</u>

Before this Court is a motion for summary judgment filed by Defendant Sam Dowies [Record Document 72]. For the reasons announced in the foregoing Memorandum Ruling,

**IT IS ORDERED** that Defendant's motion for summary judgment [Record Document 72] is hereby **GRANTED**, and the claims of Plaintiff, Ellis Ray Hicks, Jr., are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that any other motions pending in this action be and are hereby **DENIED as moot**.

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED** this 15th day of March, 2023.

**ELIZABETH ERNY FOOTE**
**UNITED STATES DISTRICT JUDGE**