# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

June 26, 2023

Mr. Tony R. Moore
Western District of Louisiana, Shreveport
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

     No. 23-30192   Hicks v. Dowies
                          USDC No. 5:21-CV-1896

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Allison G. Lopez, Deputy Clerk
                504-310-7702

cc w/encl:
    Mr. James Ashby Davis
    Mr. Ellis Ray Hicks Jr.

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 23-30192
_____

Ellis Ray Hicks, Jr.,

*Plaintiff—Appellant,*

versus

Sam Dowies,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:21-CV-1896

_____

**A True Copy**
Certified order issued Jun 26, 2023

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

CLERK'S OFFICE:

Under 5th Cir. R. 42.3, the appeal is dismissed as of June 26, 2023, for want of prosecution. The appellant failed to timely file a brief.

Lyle W. Cayce
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Allison G. Lopez, *Deputy Clerk*

ENTERED AT THE DIRECTION OF THE COURT