UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ELLIS RAY HICKS JR. | CIVIL ACTION NO. 21-1896 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| SAM DOWIES | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Before the Court is a voluntary motion to dismiss, filed by Plaintiff Ellis Hicks ("Hicks") [Record Document 114]. In his motion, Hicks seeks to "formally dismiss the civil suit and action against the Sheriff." *Id*. However, this case was closed and Plaintiff's claims were dismissed with prejudice on March 15, 2023, when the Court granted Defendant's motion for summary judgment. *See* Record Documents 107 and 108. Accordingly, Defendant's voluntary motion to dismiss is **DENIED as moot**.

**THUS DONE AND SIGNED** this 18th day of July, 2023.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE